SCOTT C. CIFRESE, ISB #4965
DANIEL W. SHORT, *pro hac vice*
PAUL S. STEWART, *pro hac vice*
**PAINE HAMBLEN LLP**
717 W. Sprague Ave., Suite 1200
Spokane, WA  99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007

Attorneys for Defendant
Idaho County Light & Power

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO COUNTY LIGHT AND POWER COOPERATIVE ASSOCIATION, INC., and GARY L. HEGVET and CAROLYN HEGVET, doing business as THE ICE MAN,<br><br>Defendants., | Case No. 3:17-cv-00391-CWD<br><br>**DEFENDANT'S PROPOSED VOIR DIRE** |

Defendants by and through its attorneys, Paine Hamblen LLP, submits its requested *voir dire* questions as follows:

### Introduction to the Case

This case involves a dispute between the United States government and a rural electrical utility, Idaho County Light & Power (ICLP).  The Plaintiff, the United States, claims that Defendant ICLP's electrical distribution equipment caused a wildland fire known as the Sheep

Fire, which started near Lucile, Idaho on September 6, 2012. ICLP denies that its equipment caused the Sheep Fire and denies that it is responsible for the fire.

### Specific Questions

1. Have any of you read, seen, or heard anything about the facts of this case prior to today?

2. Have you served as a juror before? If so, (a) did you deliberate to a verdict, and (b) would your previous experiences as a juror tend to influence your decision in this case in any way?

3. Who is your electricity provider?

4. Do you have any negative views or opinions of utility companies? Either a service or billing or some other type of experience? If yes, please describe your experience. Was it resolved to your satisfaction?

5. Have any of you, or any member of your immediate family or circle of friends, had a dispute with a utility company? If so, what were the circumstances surrounding that dispute?

6. Have any of you, or any member of your immediate family or circle of friends, been involved in a lawsuit with the federal government or the state government? If so, what were the circumstances surrounding the suit? What was the outcome of that suit? Do you believe it was a fair result? Do you believe it was a legally correct result, even if you believe it may not have been fair?

7. Have any of you, or any member of your immediate family or circle of friends, been involved in a lawsuit with either an electric utility company or an employee of an electric

utility company? If so, what were the circumstances surrounding the suit? What was the outcome of that suit? Do you believe it was a fair result? Do you believe it was a legally correct result, even if you believe it may not have been fair?

8. Have any of you, or any member of your immediate family or circle of friends, ever been a customer or member of Idaho County Light and Power? If so, when and where?

9. Have any of you, or any member of your immediate family or circle of friends, ever worked for Idaho County Light and Power? If so, when and where?

10. Have any of you, or any member of your immediate family or circle of friends, ever worked for a utility company? If so, what utility company, when and where?

11. Do you have friends or family members who have worked for the Federal Government currently or in the past? Anyone who worked in the United States Department of Agriculture? The United States Forest Service? The Bureau of Land Management? The Idaho Department of Lands?

12. Do you or any of your family members who currently work in the construction industry?

13. The defendant in this case is ICLP. It is a cooperative utility. Are you familiar with the differences between a traditional utility company, which is operated for profit, and a cooperative utility, which is a not for profit company and owned by its members?

14. Have you read or seen any negative news about utilities or about executives of those utilities?

15. Do you have any negative views of corporations?

**DEFENDANT'S PROPOSED VOIR DIRE- 3**

16. Do you have any negative views of corporate executives? What about utility company executives? Would those negative opinions of utility company executives or executives generally "spillover" on how you see ICLP, even though ICLP is a cooperative utility, not like Avista or other corporations?

17. Have you ever done business with Idaho County Light and Power? If yes, please describe the nature and extent of the business.

18. Do you have any opinions, either positive or negative, about the utility industry, and, more specifically, ICLP? If so, what are those opinions?

19. Are you familiar with electrical utility operations?

20. Have you ever had a fire on your property? Is so, when? What were the circumstances? Do you know what caused it?

21. Do any of you know, or have you ever been represented by, any of the attorneys in this lawsuit? If yes, which attorney(s).

22. Are you, or any member of your immediate family or circle of friends, personally acquainted with or related to any of the following individuals who may testify in this case:

Gary Hegvet

Jim Law

Jill Forth

Patrick Finnegan

Josh Warden

Jonathon Moore

Joe Nuxoll

**DEFENDANT'S PROPOSED VOIR DIRE- 4**

Chad Hill

Max Beach

Mike Cole

Dr. Chris Lautenberger

Dr. John Palmer

Dr. Glen Stevick

Luis Carillo

Richard White

Christine Peters

Billie Hopkins

Edd Murphy

Cliff McCulley

Greg Schumacher

Scott Anderson

Dan Bryant

Troy Smith

Jody Cooper

Dr. Rick Brooks

Dr. Dana Medlin

Daniel Winner

23. Do any of you believe that, simply because someone filed a lawsuit they deserve an award?

**DEFENDANT'S PROPOSED VOIR DIRE- 5**

24. Do you belong to or actively support any environmental group?

25. Have any of you worked for a fire department? In what capacity?

26. Have you ever been trained as a wildland fire origin and cause investigator?

27. Do you think that if someone gets hurt, or if someone's property is damaged, that it is necessarily someone else's fault?

28. If you are selected as a juror, and after hearing the evidence, if you decide that the actions of ICLP were not negligent and did not violate the law, but you disagree with its actions or think that they were unfair, would you still be able to enter a verdict in favor of ICLP?

29. Would you have any reservations in awarding no money to the Plaintiff if the evidence supported such a finding? That is, do you have any reservations about your ability to follow the law and evidence presented in this case?

30. This trial may take up to 13 Court days (3 weeks). If it does, would this cause a material hardship to you, so as to prevent your attending to your duties and deliberations as a juror?

31. If you were the Defendant in this case, would you be satisfied to have a juror who is in your frame of mind at this present time sit as a juror on your case?

32. Would you prefer for any reason not to sit on this case?

33. Is there anything about the nature of this case which you think would make it difficult for you to try the issues fairly and impartially without any prejudice or bias?

34. Do any of you think that corporations do not care about the safety and well-being of their customers?

35. This case involves a serious disagreement between the parties. The plaintiff, the United States, has the burden of proof on most issues and will present its case first. ICLP will present its case after the plaintiff has rested. It is important, therefore, that you refrain from formulating an opinion or drawing any conclusions until both sides have had the opportunity to present their case and all the evidence is before you. This can be difficult. Will you consciously agree to refrain from deciding this case, or forming any opinions as to who should prevail, before you've heard all the evidence?

36. In a dispute over the cause of a fire between the government and a cooperative utility would you give the government the benefit of the doubt?

DATED this 22nd day of September, 2020.

                              **PAINE HAMBLEN LLP**

                              By: */s/ Scott C. Cifrese*
                                  Scott C. Cifrese
                                  Daniel W. Short
                                  Paul S. Stewart
                                  Attorneys for Defendant Idaho County
                                  Light and Power

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of September, 2020, I filed the foregoing **DEFENDANT'S PROPOSED VOIR DIRE** electronically through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **James P. Schaefer, Peter Wucetich**
  james.schaefer@usdoj.gov, peter.wucetich@usdoj.gov, elise.foster@ogc.usda.gov, jessica.black@usdoj.gov, CaseView.ECF@usdoj.gov, usaid.ecfnotice@usdoj.gov

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

- No manual recipients

/s/ Scott C. Cifrese
Scott C. Cifrese, Attorney for Defendant
Idaho County Light and Power

I:\SPODOCS\00068\00293\PLEAD\1895401

**DEFENDANT'S PROPOSED VOIR DIRE- 8**